AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

CORNELIUS BURNETT )
*Plaintiff* )
v. ) Civil Action No. 3:16-cv-198
COMMISSIONER OF THE SOCIAL SECURITY )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: Commissioner's non-disability finding is vacated; No finding is made as to whether Plaintiff Cornelius Burnett was under a "disability" within the meaning of the Social Security Act; matter is REMANDED to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for _____ .

Date: 9/8/17

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk